WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**MARCUS VOLLANS,**                                                        CV 04-823-HA

     Plaintiff,

vs.                                                                                   ORDER

**COMMISSIONER of Social Security,**

     Defendant.

---

     Attorney fees in the amount of $10,617.25 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $7,400.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. As required by law, the smaller of the two fees shall be refunded to the claimant.

     DATED this ___4___ day of ___December___, 2007.

                                                                    _____
                                                                    United States District Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1